UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SAYYED RIZWAN RIZVI ) | | |
| A78 826 098 ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | Case No. 08 CV 2339 | |
| ) | | |
| MICHAEL CHERTOFF, Director, ) | Judge Der-Yeghiayan | |
| U.S. Department of Homeland Security, ) | | |
| RUTH DOROCHOFF, District Director, ) | | |
| Chicago District Office, U. S. Citizenship ) | | |
| & Immigration Services, and ) | | |
| ROBERT MUELLER, Director, ) | | |
| Federal Bureau of Investigations, and ) | | |
| JONATHAN SCHARFEN, Acting Director ) | | |
| of U.S. Citizenship & Immigration Services ) | | |
| ) | | |
| Defendants. ) | | |

## CERTIFICATE OF SERVICE

  I, ERIN C. COBB, ESQ., attorney for Plaintiff, do certify that on April 25, 2008, I caused to be served a copy of **Petition for Writ of Mandamus** via certified mail, return receipt requested, to the following:

Michael Chertoff
Secretary
Department of Homeland Security
Washington, DC 20528

Ruth Dorochoff
District Director
U.S. Citizenship & Immigration Services
101 West Congress Avenue
Chicago, Illinois 60605

Robert Mueller, Director
Federal Bureau of Investigations
J. Edgar Hoover Building
935 Pennsylvania Ave., NW
Washington, D.C. 20535-0001

Michael B. Mukasey
Attorney General,
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530

1

2

Jonathan Scharfen, Acting Director
U.S. Citizenship & Immigration Services
Department of Homeland Security
Washington, DC 20528

Office of the U.S. Attorney
219 South Dearborn Street, 5th floor
Chicago, Illinois 60604

    ____s/ Erin C. Cobb_____
    Erin C. Cobb, Esq.

Erin C. Cobb, Esq.
KRIEZELMAN BURTON & ASSOCIATES, LLC
20 North Clark Street, Suite 725
Chicago, Illinois  60602
(312) 332-2550
ecobb@krilaw.com