UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAYYED RIZWAN RIZVI )<br>A78 826 098 )<br> )<br>    Plaintiff, )<br> )<br>            v. )<br> )<br>MICHAEL CHERTOFF, *et al.* )<br> )<br>    Defendants. ) | Case No. 08-CV-2339<br>Judge Der-Yeghiayan |

**Joint Initial Status Report**

### I. Nature of claims and counterclaims

Plaintiff asserts that USCIS and the FBI have failed to adjudicate his naturalization application and the associated background checks within a reasonable time, as required by the Administrative Procedures Act. There are presently no counterclaims.

### II. Relief sought by plaintiff

Plaintiff seeks an order from this court compelling USCIS and its designees to adjudicate his application for naturalization in a timely manner.

### III. Names of parties not served

Jonathan Scharfen, Acting Director of USCIS, has been sent a summons and a copy of the complaint via certified mail with return receipt requested, but Plaintiff has not yet received the return receipt.

### IV.     Principal legal issues

Plaintiff asserts that Defendants owe Plaintiff a duty to adjudicate his application for naturalization within a reasonable time, and that Plaintiff has a correlative right to have his application adjudicated.

### V.     Principal factual issues

Defendants are currently determining the status of Plaintiff's application for naturalization, and will be sending Plaintiff a fingerprint notice in order to update background checks. Factual issues have yet to be determined decisively.

### VI.     List of pending motions and brief summary of bases for motions

There are no currently pending motions.

### VII.     Description of discovery requested and exchanged

Defendants' answer is not yet due, therefore no discovery has yet been requested or exchanged.

### VIII.     Type of discovery needed

Plaintiff will submit interrogatories and depose (orally and/or in writing) relevant government officials, including members of the Federal Bureau of Investigations and U.S. Citizenship and Immigration Services, as well as submit document requests, should settlement not be reached.

### IX. Proposed dates for: Rule 26(a)(1) disclosures, fact discovery completion, expert discovery completion (including dates for the delivery of expert reports), filing of dispositive motions, filing of a final pretrial order.

The following deadlines are proposed: Rule 26(a)(1) disclosures will be exchanged 14 days after Plaintiff's receipt of Defendants' answer; fact discovery will be completed within 150 days after Plaintiff's receipt of Defendants' answer; no expert discovery is currently anticipated; dispositive motions will be filed within 30 days after the close of discovery, with additional time

for the response and reply, if any; proposed final pretrial orders will be filed within a reasonable time after the briefing on the dispositive motions has been completed

## IX. Estimation of when the case will be ready for trial

The parties estimate that the case will be ready for trial approximately eight months after Defendants' answer is filed.

## X. Probable length of trial

Trial will likely take one morning or one afternoon.

## XI. Whether a request has been made for a jury trial

A request has not been made for a jury trial.

## XII. Whether there have been settlement discussions and if so the outcome of those discussions

Settlement discussions are on-going.

## XIII. Whether the parties consent to proceed before a Magistrate Judge

Parties do not presently consent to proceed before a Magistrate Judge.

Respectfully Submitted,

s/ Ann Wallace_____
Ann Wallace
Assistant U.S. Attorney
219 S. Dearborn St., 5th Floor
Chicago, Illinois 60604
(312) 886-9082
ann.wallace@usdoj.gov

s/ Erin C. Cobb
Erin C. Cobb
Kriezelman Burton & Associates, LLC
20 North Clark Street, Suite 725
Chicago, Illinois 60612
(312) 332-2550
ecobb@krilaw.com
Attorney # 6289242