## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Sayyed Rizwan Rizvi
                               Plaintiff,

v.                                                         Case No.: 1:08−cv−02339
                                                             Honorable Samuel Der−Yeghiayan

Michael Chertoff, et al.
                               Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 08/28/08 at 9:00 a.m. counsel appeared and reported to the Court that plaintiff has had his interviews. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.