# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2339 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Sayyed Rizwan Rizvi vs. Chertoff, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiff's oral motion to dismiss the instant action is hereby granted. The instant action is hereby dismissed. All pending dates and motions are hereby stricken as moot. Civil case terminated.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|